**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  CYRUS
      (Last)      (First)      (Initial)

Prisoner Number  T-64945

Institutional Address  P.O. BOX 4000  VACAVILLE, CA.
SOLANO II

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VICTOR RENARD CYRUS JR.
(Enter the full name of plaintiff in this action.)

vs.

CATHERINE A. RIVLIN
SUPERVISING DEPUTY ATTORNEY GENERAL
FOR EDMUND G. BROWN JR.
ATTORNEY GENERAL   AND/OR
WARDEN  D.K. SISTO
(Enter the full name of respondent(s) or jailor in this action.)

Case No. CV 08 1587 VRW (PR)
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

---

Read Comments Carefully Before Filling In

When and Where to File

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS      - 1 -

1  <u>Who to Name as Respondent</u>

2        You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10 <u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11    1. What sentence are you challenging in this petition?

12      (a)  Name and location of court that imposed sentence (for example; Alameda

13         County Superior Court, Oakland):

14   CONTRA COSTA COUNTY SUPERIOR COURT, MARTINEZ

15     Court                         Location

16      (b)  Case number, if known  981883-2

17      (c)  Date and terms of sentence  IN JUNE 2002: 25yrs TO life CONSECUTIVE 10-YEAR TERM FOR FIREARM USE.

18      (d)  Are you now in custody serving this term? (Custody means being in jail, on

19        parole or probation, etc.)     Yes ✱   No ___

20        Where?

21        Name of Institution:  CSP. SOLANO II

22        Address:  P.O. BOX 4000   VACAVILLE, CA. 95696

23    2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 challenging more than one sentence, you should file a different petition for each sentence.)

26 VICTOR R. CYRUS JR., APPEALS MY CONVICTION BY JURY TRIAL OF MURDER

27 (PENAL CODE §187.) THE JURY ALSO FOUND THAT I PERSONALLY USED A

28 FIREARM IN COMMITTING THE MURDER (§12022.53, subds. (b), (c) & (d),

AND COMMITTED THE MURDER WITH INTENT TO FURTHER THE UNLAWFUL CONDUCT OF A CRIMINAL STREET GANG (§186.22, subd. (b)(1)).

PET. FOR WRIT OF HAB. CORPUS    -2-

| | | | | |
|---|---|---|---|---|
| 1 | 3. Did you have any of the following? | | | |
| 2 | | Arraignment: | Yes ✓ | No ___ |
| 3 | | Preliminary Hearing: | Yes ___ | No ✓ |
| 4 | | Motion to Suppress: | Yes ✓ | No ___ |
| 5 | 4. How did you plead? | | | |
| 6 | | Guilty ___   Not Guilty ✓   Nolo Contendere ___ | | |
| 7 | | Any other plea (specify) _____ | | |
| 8 | 5. If you went to trial, what kind of trial did you have? | | | |
| 9 | | Jury ✓   Judge alone ___   Judge alone on a transcript ___ | | |
| 10 | 6. Did you testify at your trial? | | Yes ___ | No ✓ |
| 11 | 7. Did you have an attorney at the following proceedings: | | | |
| 12 | (a) | Arraignment | Yes ✓ | No ___ |
| 13 | (b) | Preliminary hearing (INDICTED) | Yes ___ | No ___ |
| 14 | (c) | Time of plea | Yes ✓ | No ___ |
| 15 | (d) | Trial | Yes ✓ | No ___ |
| 16 | (e) | Sentencing | Yes ___ | No ✓ |
| 17 | (f) | Appeal | Yes ✓ | No ___ |
| 18 | (g) | Other post-conviction proceeding | Yes ✓ | No ___ |
| 19 | 8. Did you appeal your conviction? | | Yes ___ | No ___ |
| 20 | (a) | If you did, to what court(s) did you appeal? | | |
| 21 | | Court of Appeal | Yes ✓ | No ___ |
| 22 | | Year: 2002   Result: DENIED | | |
| 23 | | Supreme Court of California | Yes ✓ | No ___ |
| 24 | | Year: 2004   Result: DENIED | | |
| 25 | | Any other court | Yes ___ | No ___ |
| 26 | | Year: ___   Result: ___ | | |
| 27 | | | | |
| 28 | (b) | If you appealed, were the grounds the same as those that you are raising in this | | |

PET. FOR WRIT OF HAB. CORPUS         - 3 -

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 1 |  | petition? | Yes ____ | No ____ |
| 2 | (c) | Was there an opinion? | Yes ____ | No ✓ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 |  |  | Yes ____ | No ✓ |

5    If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9    this conviction in any court, state or federal?    Yes ✓    No ____
10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11   challenged the same conviction you are challenging now and if that petition was denied or dismissed
12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13   for an order authorizing the district court to consider this petition. You may not file a second or
14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15   U.S.C. §§ 2244(b).]
16       (a)    If you sought relief in any proceeding other than an appeal, answer the following
17              questions for each proceeding. Attach extra paper if you need more space.
18       I.     Name of Court: SUPERIOR COURT [illegible] COUNTY
19              Type of Proceeding: MOTION FOR NEW TRIAL
20              Grounds raised (Be brief but specific):
21              a. INEFFECTIVE ASSISTANCE OF COUNSEL [illegible] REQUIRE REVERSAL.
                   (APPLYING STRICKLAND STANDARD)
22              b. EVIDENTIARY ERRORS
23              c. DENIAL OF DEFENDANT'S RIGHT TO TESTIFY.
24              d. DISCRIMINATORY USE OF PEREMPTORY CHALLENGES
25              Result: _____ DENIAL _____    Date of Result: 02/25/2002
26       II.    Name of Court: _____ CONT'D _____ >>> Co Co SUPERIOR COUNTY
27              Type of Proceeding: NEW TRIAL MOTION
28              Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

1        a. VIOLATION'S of COURT'S PROTECTIVE ORDER

2        b. IMPROPER ADMISSION of EVIDENCE

3        c. NEWLY DISCOVERED EVIDENCE [EYEWITNESS TESTIMONY]

4        d. _____

5        Result: DENIAL    Date of Result: 02/25/2002

6    III. Name of Court: SUPERIOR COURT OF CONTRA COSTA COUNTY

7        Type of Proceeding: MOTION TO VACATE JUDGEMENT

8        Grounds raised (Be brief but specific):

9        a. _____

10       b. _____

11       c. • BRADY VIOLATION

12       d. • NEWLY DISCOVERED EVIDENCE

13       Result: DENIED    Date of Result: 03/29/2002

14    IV. Name of Court: SUPERIOR COURT OF CONTRA COSTA COUNTY

15       Type of Proceeding: SECOND MOTION FOR NEW TRIAL

16       Grounds raised (Be brief but specific):

17       a. _____

18       b. • NEWLY DISCOVERED EVIDENCE

19       c. • INEFFECTIVE ASSISTANCE OF COUNSEL

20       d. _____

21       Result: DENIED    Date of Result: 03/31/2002

22 (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

23         Yes ✱    No ____

24       Name and location of court: FIRST DISTRICT COURT OF APPEALS

25 B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS      - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: DISCRIMINARY USE OF PEREMPTORY CHALLENGES
BATSON / WHEELER ERROR

Supporting Facts: DENIED CONSTITUTIONAL RIGHTS TO A FAIR TRIAL WHEN THE PROSECUTION EXERCISED IT'S FOURTH PEREMPTORY CHALLENGE AGAINST AN AFRICAN AMERICAN WOMAN, THE ONLY AFRICAN AMERICAN IN THE JURY BOX, AND PETITIONER IS AFRICAN.

Claim Two: MARSDEN ERROR: INEFFECTIVE ASSISTANCE OF COUNSEL; DENIAL OF CLIENT'S RIGHT TO TESTIFY.

Supporting Facts: TRIAL COUNSEL FAILED TO INVESTIGATE, WOULD NOT ALLOW DEFENDANT TO TESTIFY, FAILED TO MAKE CRUCIAL OBJECTION'S, AND THAT COUNSEL'S OVERALL REPRESENTATION AND TRIAL PERFORMANCE WAS DEFICIENT / OUTSIDE THE RANGE OF REASONABLE PROFESSIONAL ASSISTANCE.

Claim Three: EVIDENTIARY ERROR: EVIDENCE CODE 1101(b) & EVIDENCE CODE 352

Supporting Facts: THE TRIAL WAS TAINTED BY PREJUDICIAL REFERENCES TO AN UNCHARGED HOMICIDE IN ANOTHER CITY AND COUNTY THEN THE CHARGED OFFENSE, AND IN VIOLATION OF COURT'S PROTECTIVE ORDER.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1     List, by name and citation only, any cases that you think are close factually to yours so that they
2 are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3 of these cases: (See CROTTS v. SMITH, SUPRA, 73 F.3d 861, 866 (applying STRICKLAND STANDARD.); ROCK v. ARKANSAS (1987) 483 U.S. 44, 52; FARETTA v.
4 CALIFORNIA (1975) 422 U.S. 806, 834 AND FN 45.) UNITED STATES v.
DECOSTER (D.C. CIR. 1973) 487 F.2d 1197, 1202; UNITED STATES v.
5 CROSBY (9TH CIR. 1996) 75 F.3d 1343; UNITED STATES CONSTITUTION
6 (BATSON v. KENTUCKY); HERNANDEZ v. NEW YORK (1991) 500 U.S. 352
— MARSDEN —

7 Do you have an attorney for this petition?      Yes____  No _X_

8 If you do, give the name and address of your attorney:

9 _____

10     WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11 this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13 Executed on **MARCH 13, 2008**         *Victor R. Cyrus Jr.*
14     Date                                       Signature of Petitioner

20 (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS     - 7 -

 

Office of the Clerk
UNITED STATES COURT of APPEALS for the NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

## CHANGE OF ADDRESS FORM
*(please print clearly or type)*

Name: VICTOR RENARD CYRUS JR.
(Counsel or pro se litigant)

| Old Address | NEW ADDRESS |
|---|---|
| CSP- NEW FOLSOM REPRESA, CALIFORNIA 95671 >> P.O. Box 290066 | {CSP- SOLANO I  7-245 >> P.O. Box 4000 VACAVILLE, CA. 95696 |
| | |
| | |
| | |

| Cases Pending in the Ninth Circuit Court of Appeals ||||
|---|---|---|---|
| **Case Number** | **Case Name** | **Case Number** | **Case Name** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MARCH 13, 2008
Date

Victor R. Cyrus jr.
Signature

S:\Web_updates\Documents\Address_chg_ltr_frm.wpd

3/30/99