```
VICTOR CYRUS T-64245
P.O. BOX 4000
VACAVILLE, CA. 95696
CSP-SOLANO II    7-245
```

FILED
APR -9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APR -9 PM 4:54

TO: RICHARD WIEKING, CLERK: FOR THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA.

C08 1587 VRW

---

--oOo--

I'm writing this letter brief to inform the court that the California State Prison I am now housed is currently on lock down, and it is hindering my ability to motion the court and file the required paperwork in regards to the Federal Petition for Habeas Corpus.

* I would like to request the appointment of appeal counsel to assist me in filing a traverse --- I have numerous Const. grounds I'm arguing in my quest for a just reversal of my conviction. I am indigent and a layman at law.

* Also, I do not have access to the law library here at the prison due to the institution being on lock down.

* And I would like to request an extension of time to file Federal Petition based on the fact I'm still awaiting a response from the prison trust office --- for a copy of my trust account. Furthermore, United States District Chief Judge VAUGHN R. WALKER gave me an option to exhaust all remedies at the state level. I have not received a response back in regards to a state petition filed in the California Court of Appeals, District Five. I need relief and assistance.

DATE: APRIL 7, 2008

_Victor R. Cyrus_
VICTOR CYRUS

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

VICTOR CYRUS T-64245
P.O. BOX 4000
VACAVILLE, CA. 95696
CSP- SOLANO II 7-245

CSP SOLANO
STATE PRISON

SACRAMENTO CA 957

021A
000463298I
MAILED FROM ZIP CODE 95687
APR 08 2008
$ 00.00
USA FIRST-CLASS

Pro- Se

RICHARD WIEKING
CLERK OF THE U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

94102+3661 C004