UNITED STATES DISTRACT COURT
NORTHERN DISTRICT OF CALIFORNIA

**VICTOR R. CYRUS JR,**                ) Case No.: CV-01587-VRW
　　　　　Plaintiff,                    )
　　vs.                                 )
                                        ) TO THE CLERK of THE
CATHERINE A. RIVLIN                     ) NORTHERN DISTRICT
(Supervising Deputy Attorney            )
General)For EDMUND G. BROWN             ) RICHARD W. WIEKING, CLERK
(Attorney General)&/or                  )
**WARDEN D.K. SISTO,**                  )
　　　　　Defendant

DECLARATION

I AM WRITING THIS LETTER BRIEF DECLARING AS FOLLOWS:

1. THAT DOCUMENT 3 FILED 03/24/2008, AND I REALIZED AN ATTACHMENT PAPER TO MY HABEAS ACTION WAS MISSING: (SEE ATTACHED: "MORE CLAIMS" Pg 3) PAGE 2 of THIS LETTER. I WOULD LIKE TO PROCESS THIS PAPER AS PART of CIVIL CASE NO: CV 08 VRW (PR) 1587 FILED ON MARCH 24, 2008.

2. I PROCESSED THE TRUST WITHDRAWAL SLIP TO OBTAIN A RELEASE FOR PAYMENT/ FIVE DOLLAR FILING FEE FOR HABEAS ACTION.

3. MY RIGHTS TO THE ~~process~~ COMPULSORY PROCESS AND ACCESS TO LAW LIBRARY AND TITLE 15 IS BEING DENIED, WHICH MAKES IT ALMOST IMPOSSIBLE TO REPRESENT MYSELF IN THIS CAUSE of ACTION.

RESPECTFULLY SUBMITTED,

Case 3:08-CV-08-1587-VRW - 1      /s/ Victor R. Cyrus

(1)

**UNITED STATES DISTRACT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTOR R. CYRUS JR,** | ) Case No.: CV-01587-VRW |
| Plaintiff, | ) |
| vs. | ) |
| | ) TO THE CLERK OF THE |
| CATHERINE A. RIVLIN | ) NORTHERN DISTRICT |
| (Supervising Deputy Attorney General) For EDMUND G. BROWN (Attorney General) &/or | ) RICHARD W. WIEKING, CLERK |
| **WARDEN D.K. SISTO,** | ) |
| Defendant | |

DECLARATION

I AM WRITING THIS LETTER BRIEF DECLARING AS FOLLOWS:

1. THAT DOCUMENT 3 FILED 03/24/2008, AND I REALIZED AN ATTACHMENT PAPER TO MY HABEAS ACTION WAS MISSING: (SEE ATTACHED: "MORE CLAIMS" Pg) PAGE 2 OF THIS LETTER. I WOULD LIKE TO PROCESS THIS PAPER AS PART OF CIVIL CASE NO: CV 08 VRW (PR) 1587 FILED ON MARCH 24, 2008.

2. I PROCESSED THE TRUST WITHDRAWAL SLIP TO OBTAIN A RELEASE FOR PAYMENT/FIVE DOLLAR FILING FEE FOR HABEAS ACTION.

3. MY RIGHTS TO THE COMPULSORY PROCESS AND ACCESS TO LAW LIBRARY AND TITLE 15 IS BEING DENIED, WHICH MAKES IT ALMOST IMPOSSIBLE TO REPRESENT MYSELF IN THIS CAUSE OF ACTION.

RESPECTFULLY SUBMITTED,
Victor R. Cyrus

Case 3:08-CV-08-1587-VRW - 1

(1)

I STILL HAVE A HABEAS CORPUS PENDING IN THE SUPERIOR COURT, CONTRA COSTA COUNTY.

> IN RE: VICTOR CYRUS ON HABEAS CORPUS
> CASE NO. A121124

✻ ATTACHMENT: MORE CLAIMS [4 AND 5] LISTED BELOW

1 need more space. Answer the same questions for each claim.

2 [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 Claim 4: PETITIONER WAS DEPRIVED OF THE EFFECTIVE
6 ASSISTANCE OF COUNSEL BY COUNSEL'S FAILURE TO PRESENT MERITORIOUS DEFENSE.
7 Supporting Facts: BASED ON COUNSEL'S FAILURE TO PRESENT
8 THE AVAILABLE ALIBI WITNESS AND DEFENDANT'S TESTIMONY, (2) TRIAL
9 COUNSEL'S FAILURE TO INVESTIGATE/INTERVIEW EXCULPATORY WITNESS
10 ANTHONY BING AND PRESENT HIS TESTIMONY.

11
12
13 Supporting Facts:
14
15
16

17 Claim 5: PETITIONER WAS DEPRIVED OF HIS STATE AN FEDERAL
18 CONSTITUTIONAL RIGHTS TO DUE PROCESS.
19 Supporting Facts: BASED ON THE CUMULATIVE PREJUDICIAL EFFECT
20 OF MULTPLE TRIAL ERRORS AND (2) INEFFECTIVE COUNSEL -
21 BREAKDOWN IN CLIENT - ATTORNEY RELATIONSHIP
22

23 If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:

25
26
27
28

PET. FOR WRIT OF HAB. CORPUS        - 6 -

```
                                                          REPORT DATE: 04/04/08
                                                          PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIFORNIA STATE PRISON SOLANO
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

ACCOUNT NUMBER : T64245               BED/CELL NUMBER: S207T2000000245U
ACCOUNT NAME   : CYRUS, VICTOR RENARD    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION      COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  ---------------  ---------  ---------  --------  -----------  -------

01/01/2008   BEGINNING BALANCE                                                0.00

01/17 D320   TRUST FUNDS T SAC  -2588              19.36                    19.36

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL       CURRENT       HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
  ---------    ---------    -----------    --------    --------    ------------
      0.00        19.36           0.00       19.36        0.00            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                19.36
```

Victor Cyrus T-64245
P.O. Box 4000
Vacaville, CA. 95696
SP- Solano II (7-245)

California State Prison - Solano

3410243651

SACRAMENTO CA 957
17 APR 2008 PM 4 L

Office of the Clerk, US Dist. Court
Richard Wieking, Clerk
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102



USA FIRST-CLASS FOREVER