IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR RENARD CYRUS, JR, | ) | |
| | ) | |
| Petitioner, | ) | No C 08-1587 VRW (PR) |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| D K SISTO, Warden, | ) | (Doc # 2) |
| | ) | |
| Respondent. | ) | |
| | ) | |

On December 1, 2005, petitioner filed a habeas action under 28 USC § 2254 challenging a June 2002 murder conviction from Contra Costa County superior court. See Cyrus v Kernan, No C 05-4975 VRW (PR) (ND Cal filed Dec 1, 2005). In the operative amended petition, petitioner raised six claims for relief: (1) discriminatory use of peremptory challenges, (2) wrongful denial of motion to substitute counsel, (3) improper admission of evidence, (4) denial of right to testify on one's behalf, (5) ineffective assistance of counsel for failure to investigate and interview a witness, and (6) ineffective assistance of counsel due to counsel's violation of court's protective order.

On March 24, 2006, the court found that the claims appeared cognizable under § 2254, when liberally construed, and ordered respondent to show cause why a writ of habeas corpus should not be granted. Respondent filed an answer addressing the merits of the four claims petitioner raised on direct appeal (ie, claims 1, 2, 3 and 5) and petitioner filed a traverse.

On May 10, 2007, the court found that claims 4 and 6 were not raised on direct appeal and therefore were not exhausted. The court explained that under the law of the circuit, petitioner had to elect to withdraw his unexhausted claims (claims 4 and 6) and proceed only on his exhausted claims (claims 1, 2, 3 and 5), or dismiss the entire mixed petition and return to federal court with a new petition once all claims are exhausted. May 10, 2007 Order at 2 (citing Jefferson v Budge, 419 F3d 1013, 1016 (9th Cir 2005); Olvera v Giurbino, 371 F3d 569, 573 (9th Cir 2004)).[1]

Petitioner responded that he wished to dismiss the entire petition and return to federal court with a new petition once all claims are exhausted. Pursuant to petitioner's election, the petition was dismissed without prejudice to filing a new federal petition containing only exhausted claims. June 15, 2007 Order at 2.

On March 24, 2008, petitioner filed the instant new federal petition. But it is clear from the petition and subsequent submissions that petitioner still has not exhausted all of his claims. His claims 4 and 6 (and an apparent new claim of cumulative error) are still pending in the state courts.

---

[1] The court also noted that petitioner may be able to seek a stay of the proceedings if he could show that there was good cause for his failure to exhaust his unexhausted claims in state court, and that the claims are potentially meritorious. May 10, 2007 Order at 2 n1 (citing Rhines v Webber, 125 S Ct 1528, 1535 (2005)).

2

1      Good cause shown, petitioner's request to proceed in forma pauperis (doc
2  # 2) is GRANTED, but the new petition for a writ of habeas corpus is
3  DISMISSED without prejudice to refiling once all claims are exhausted.
4  Petitioner must wait until the Supreme Court of California rules on the claims.
5      SO ORDERED.

            VAUGHN R WALKER
            United States District Chief Judge

G:\PRO-SE\VRW\HC.08\Cyrus,V1.or1.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Cyrus, Jr.,

        Petitioner,

  v.

DK Sisto, et al,

        Respondent.
                                  /

Case Number: C08-1587 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Renard Cyrus T-64245
CSP - Solano II
7-425 up
P.O. Box 4000
Vacaville, CA 95696

Dated: May 23, 2008

                                          Richard W. Wieking, Clerk
                                          By: Cora Klein, Deputy Clerk

                                          *Cora Klein* (signature)